EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2023 TSPR 97 |
| Walter Pierluisi Isern | 212 DPR ___ |

Número del Caso:  TS-9,621

Fecha:  3 de agosto de 2023

Materia: Conducta Profesional – Suspensión provisional e inmediata del ejercicio de la abogacía y la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*


Walter Pierluisi Isern                    TS-9,621


RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de agosto de 2023.

Examinada cuidadosa y detenidamente la copia de la Sentencia emitida el 13 de julio de 2023 en el caso *United States of America v. Walter Pierluisi Isern*, Caso Núm. 3:23-cr-00148-CVR-001, según nos fue remitida por la Secretaría del Tribunal de Distrito Federal de los Estados Unidos para el Distrito de Puerto Rico, ordenamos la suspensión provisional e inmediata del Sr. Walter Pierluisi Isern del ejercicio de la abogacía y la notaría. Además, ordenamos que nos mantenga informados sobre el estado del proceso penal que obra en su contra en el caso de referencia.

Se le impone al señor Pierluisi Isern el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, dentro del término de treinta (30) días, a partir de la notificación de esta Resolución.

La fianza notarial del señor Pierluisi Isern queda automáticamente cancelada. La misma se considerará buena y válida por tres (3) años después

de su terminación en cuanto a los actos realizados por el letrado durante el periodo en que la misma estuvo vigente.

Se le apercibe al señor Pierluisi Isern que una vez la aludida Sentencia advenga final y firme, procederemos a suspenderlo de manera indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no interviene.


                                    Javier O. Sepúlveda Rodríguez
                                    Secretario del Tribunal Supremo